✔#704-929  # 128887

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2010 SEP 23 PM 3: 36
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:     *     CASE # 05-32535 S
              CHAPTER 13
       *

Johnson, Garland J & Rhonda J
Debtor     *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – check is stale dated.

2. The balance of funds for the creditor in the amount of **$23.13** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 686081 | US Cash Corp<br>2028 Tiffin Ave.<br>Findlay, OH 45840 | 23.13 | 6/30/10 |

3. Your trustee's check # _704929_ in the amount of $ 23.13 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 9/16/10

                                  John P. Gustafson
                                  Trustee in Bankruptcy